UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| RAM RESTAURANTS INC. | ) | CASE NO. 03-18991-PHX SSC |
| | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | ) | BANKRUPTCY COURT |

      S. William Manera, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in "347" of the Code.

| CLAIM NO. | CREDITOR' S NAME AND ADDRESS | AMOUNT |
|---:|---|---:|
| 11 | ARIZONA PUBLIC SERVICE<br>PO BOX 53933<br>MAIL STATION 3209<br>PHOEINX, AZ 85072-3933 | $0.12 |
| 12 | POPULAR LEASING<br>16280 WESTWOOD BUSINESS PARK DR<br>ELLISVILLE, MD 63021 | $0.55 |
| 13 | CPS INSTALLATIONS - WIN-CPS-INC<br>C/O THOMAS WILD<br>PO BOX 38506<br>PHOENIX, AZ 85069 | $0.14 |
| 14 | Atlantic West Landscape Management Inc<br>PO Box 1300<br>Gilbert, AZ 85299 | $0.08 |
| 16 | Shangri La Tea<br>1213 W. Sherri Dr.<br>Gilbert, AZ 85233-7810 | $0.04 |
| 17 | Town of Gilbert<br>PO Box 52727<br>Phoenix, AZ 85072 | $0.03 |

| | | |
|---|---|---|
| 18 | Sun Devil Plumbing & Rooter<br>3275 N. Colorado St.<br>Chandler, AZ 85225 | $0.10 |
| 22 | QUALITY FLOW<br>3691 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | $0.01 |
| 23 | WILSON ELECTRIC<br>1305 W. FIRST ST.<br>TEMPE, AZ 85281 | $0.02 |
| 24 | WILSON ELECTRIC<br>1305 W. FIRST ST.<br>TEMPE, AZ 85281 | $0.01 |
| 25-2 | Quarles & Brady Streich Lang LLP<br>One Renaissance Sq.<br>Two N. Central Ave.<br>Phoenix, AZ 85004 | $0.23 |
| 31 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $0.48 |
| 34 | Duke Manufacturing<br>2305 N. Broadway<br>Saint Louis, MO 63102 | $0.03 |
| 35 | WILSON ELECTRIC<br>1305 W. FIRST ST.<br>TEMPE, AZ 85281 | $0.02 |
| 36 | Southwest Gas<br>PO Box 98890<br>Las Vegas, NV 89150 | $0.04 |
| 37 | Access Point<br>PO Box 751030<br>Charlotte, NC 28275 | $0.01 |
| 38 | Musak<br>4050 E. Cotton Center Blvd.<br>Phoenix, AZ 85040 | $0.07 |
| 39 | Action Entrances<br>2010 E. University Dr., Suite 21<br>Tempe, AZ 85281 | $0.01 |
| 41 | QWEST CORPORATION<br>1801 CALIFORNIA ST RM 900<br>ATTN: JANE FREY<br>DENVER, CO 80202 | $0.04 |
| 5 | DSG Associates<br>2110 E. First St., Suite 106<br>Santa Ana, CA 92705 | $0.02 |
| 6 | Clean Vents<br>PO Box 84065<br>Phoenix, AZ 85071 | $0.04 |

| | | | |
|---|---|---|---|
| 8 | Express<br>8532 E Sells Dr.<br>Scottsdale, AZ 85251 | | $0.19 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $2.28 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| <u>December 17, 2009</u> | <u>/s/ S. William Manera</u> |
| Date | S. William Manera |